In the Matter of the Claim of JOHN MAR, Respondent, against NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued November 17, 1931; decided December 1, 1931.)

*Robert E. Whalen* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *John R. O'Hanlon* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.